**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIREYA ARCOS, on behalf of herself and other persons similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 16 CV 8138<br>) |
| v. | ) Honorable Amy J. St. Eve<br>)<br>) |
| LIQUORS UNLIMITED INC., JOHN PLEWA AND JOSEPH PLEWA, individually, | )<br>)<br>) |
| Defendants. | ) |

**AGREED ORDER OF APPROVAL AND DISMISSAL**

NOW COME the Plaintiff and Defendants, upon their Joint Motion to Approve Settlement Agreement and Release and to Dismiss this Case, and the Court being further advised;

IT IS HEREBY ORDERED:

1. The Settlement Agreement and Release between the Parties in this action that was provided to the Court en camera, is hereby approved;

2. Except as provided in the Settlement Agreement and Release, both Parties shall bear their own costs and attorney's fees.

3. The action against Defendants by the Plaintiff is dismissed without prejudice, with this Court retaining jurisdiction over this matter for the purpose of enforcing the Settlement Agreement and Release. If neither party has moved to reinstate this action, by September 30, 2017, the dismissal will be with prejudice.

**Date:** April 24, 2017            **SO ORDERED:**

_____
**Judge Amy J. St. Eve**

Sara Schumann
Allison, Slutsky & Kennedy, P.C.
230 West Monroe
Suite 2600
Chicago, IL 60606
312-364-9400

Mark Hansen
Graefe & Hansen, Ltd.
55 West Monroe
Suite 3550
Chicago, Illinois 60603
312-236-0177